UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| EDDIE LANG | CIVIL ACTION NO. 3:17-CV-1073 |
| | SECTION P |
| VERSUS | |
| | JUDGE ROBERT G. JAMES |
| JEFF LANDRY, ET AL | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petition for Writ of *Habeas Corpus* should be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**MONROE, LOUISIANA,** this 30th day of November, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE